# Court of Appeals
# of the State of Georgia

ATLANTA, March 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1035. RUTH BRADY v. BEHAVIORAL HEALTH SERVICES OF SOUTH GEORGIA et al.**

Ruth Brady filed this direct appeal following the grant of a discretionary application. Case No. A22D0207, Jan. 24, 2022. The application was improvidently granted, however, and this appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/07/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*